IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. BINNS, ESQ., : <br> as sole shareholder of : <br> JAMES J. BINNS, P.C., : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> BB&T BANK : <br>     Defendant. : | Civil Action <br> No. 18-1166 |

**ORDER**

This 6th day of May, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 38), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

                             /s/ Gerald Austin McHugh
                             United States District Judge

1